**WILLIAM R. TAMAYO, #084965**
**JONATHAN T. PECK, #12303 (VA)**
**LINDA ORDONIO DIXON #172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5654**
**Fax No. (415) 625-5657**
**Linda.Ordonio-Dixon@eeoc.gov**

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**San Jose Division**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**GUARDSMARK, LLC,**<br><br>Defendant. | **CIVIL ACTION NO. 5:11-CV-03190 PSG**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission and Defendant Guardsmark, LLC hereby request a sixty day extension of the case management hearing and related deadlines set out in this Court's "Order Setting Initial Case Management Conference and ADR Deadlines" DATED June 28, 2011. [Docket No. 3.] The Case Management Conference statement is currently due on September 6, 2011 and the Scheduling Conference itself is calendared for September 13, 2011.

Good cause exists for the granting of an extension as it will allow the parties to engage in settlement discussions which may ultimately save the Court and counsel the time and effort which would be expended if the CMC were to go forward as currently scheduled. Counsel have agreed to

meet in person on September 14, 2011 to discuss resolution of the case.  This meeting could not take place earlier due to the schedules of the attorneys and the unavailability of EEOC lead counsel during an extended medical leave of absence.  In addition, if informal settlement discussions are unsuccessful, the parties will contact the Court's ADR program to arrange for a mediation/settlement conference, hopefully to take place in the next 60 days.

The parties have not previously requested any extensions in this case.

Based on the foregoing, the parties respectfully request that the Court extend the Case Management dates as follows:

| | |
|---|---|
| 11/15/11 | Initial Case Management Conference (CMC) in Courtroom 5, 4th Floor, San Jose at 2:00 p.m. |
| 11/08/11 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |

Respectfully submitted,


Dated: August 30, 2011            /s/Linda S. Ordonio Dixon
                                  LINDA S. ORDONIO DIXON
                                  Atty for Plaintiff EEOC

                                  /s/Martin D. Bern
                                  MARTIN D. BERN
                                  Atty for Defendant Guardsmark LLC


**Signature Attestation**

Pursuant to the Court's General Order 45, Section X.B. regarding Electronic Case Filing, I hereby attest that Martin D. Bern has authorized the electronic signature which appears above.

Dated: August 30, 2011            /s/Linda S. Ordonio Dixon
                                  LINDA S. ORDONIO DIXON
                                  Atty for Plaintiff EEOC

1  IT IS SO ORDERED.

2

3  Dated: August 31, 2011          _          *Paul S. Grewal* (signature)
                                              PAUL S. GREWAL
4                                             United States Magistrate Judge

**JT STIP TO                              3.
CONTINUE CMC
CV-03190 PSG**