1  **WILLIAM R. TAMAYO, #084965**
   **JONATHAN T. PECK, #12303 (VA)**
2  **LINDA ORDONIO DIXON #172830**
   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
3  **San Francisco District Office**
   **350 The Embarcadero, Suite 500**
4  **San Francisco, CA 94105-1260**
   **Telephone No. (415) 625-5654**
5  **Fax No. (415) 625-5657**
   **Linda.Ordonio-Dixon@eeoc.gov**
6
   **Attorneys for Plaintiff**

*IT IS SO ORDERED AS MODIFIED.*
*[signature] Judge Paul S. Grewal*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  **Plaintiff,**  v.  **GUARDSMARK, LLC,**  **Defendant.** | **CIVIL ACTION NO. 5:11-CV-03190 PSG**  **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission and Defendant Guardsmark, LLC hereby request a one month extension of the case management hearing and related deadlines as set out in this Court's Order dated August 31, 2011. [Docket No. 10.] The Case Management Conference statement is currently due on November 8, 2011 and the Scheduling Conference itself is calendared for November 15, 2011.

Good cause exists for the granting of an extension as it will allow the parties to continue settlement discussions which may ultimately save the Court and counsel the time and effort which would be expended if the CMC were to go forward as currently scheduled. Counsel engaged in a lengthy in-person meeting on September 14, 2011 to discuss resolution of the case and made

**JT STIP TO**
**CONTINUE CMC**
**CV-03190 PSG**

significant headway.  Since that date, the parties have continued communications and the exchange of relevant information and are optimistic regarding the likelihood of informal resolution.  The parties have also scheduled a court-sponsored mediation for December 6, 2011.

The Court has granted one previous extension in this case.

Based on the foregoing, the parties respectfully request that the Court extend the Case Management dates as follows:

| | |
|---|---|
| 12/42/11 | Initial Case Management Conference (CMC) in Courtroom 5, 4th Floor, San Jose at 2:00 p.m. |
| 12/35/11 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |

Respectfully submitted,

Dated: November 7, 2011         /s/Linda S. Ordonio Dixon
                                LINDA S. ORDONIO DIXON
                                Atty for Plaintiff EEOC

                                /s/Martin D. Bern
                                MARTIN D. BERN
                                Atty for Defendant Guardsmark LLC

**Signature Attestation**

Pursuant to the Court's General Order 45, Section X.B. regarding Electronic Case Filing, I hereby attest that Martin D. Bern has authorized the electronic signature which appears above.

Dated: November 7, 2011         /s/Linda S. Ordonio Dixon
                                LINDA S. ORDONIO DIXON
                                Atty for Plaintiff EEOC

IT IS SO ORDERED.

Dated: P qxgo dgt"; .."4233"""""""""""""""""""""""""""""""   [signature] Paul S. Grewal
                                                              U.S. Magistrate Judge

**JT STIP TO**                      2.
**CONTINUE CMC**
**CV-03190 PSG**