MARTIN D. BERN (SBN 153203)
Martin.Bern@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

**IT IS SO ORDERED AS MODIFIED.**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>GUARDSMARK, LLC,<br><br>                    Defendant. | CASE NO.  CV 11-3190 PSG<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Ctrm.:          5<br>Judge:         Hon. Paul S. Grewal |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission and Defendant Guardsmark, LLC hereby request an extension of the case management hearing and related deadlines as set out in this Court's November 9, 2011 Order [Docket No. 15].  The Scheduling Conference is presently calendared for December 20, 2011.

Good cause exists for the granting of an extension.  **First**, lead counsel for Defendant has been subpoenaed for jury service in Alameda County on December 20, 2011, the date of the case management conference in this case.  Having already taken one extension, he must attend Court on that day.  **Second**, lead counsel for Plaintiff will be on an extended leave beginning the first week of January to the beginning of February.  **Third**, counsel have continued to make progress in their settlement discussions, and therefore an extension may ultimately save the Court and counsel the time and effort which would be expended if the scheduling conference were to go

1  forward as currently scheduled.

2  The Court has granted two previous extensions in this case. Based on the foregoing, the

3  parties respectfully request that the Court extend the Case Management Dates as follows:

4  | 1/15/12 | Deadline to conduct mediation |

5  | 2/2/12 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection, and file Case Management Statement |

6  

7  | 2/2/12 | Defendant to respond to complaint |

8  | 2/14/12 | Initial Case Management Conference (CMC) in Court 5, 4th Floor, San Jose at 2:00 p.m. |

9  In addition, counsel for the parties and the mediator have agreed that a continuance of the

10  Court's deadline to mediate would be prudent, given that the parties have continued to exchange

11  information and make progress through their own efforts. Accordingly, the parties respectfully

12  request an extension of their deadline to mediation from December 15, 2011 to January 15, 2011.

13  DATED: November 30, 2011            By:   /s/ Martin D. Bern
                                               Martin D. Bern
14
                                         Attorneys for DEFENDANT
15                                       GUARDSMARK, LLC

16
                                         By:   /s/ Linda S. Ordonio Dixon
17                                              Linda S. Ordonio Dixon

18                                       Attorney for PLAINTIFF EEOC

19  **Signature Attestation**

20  Pursuant to the Court's General Order 45, Section X.B. regarding Electronic Case Filing, I hereby attest that Linda S. Ordonio Dixon has authorized the electronic signature which appears above.

21

22  DATED: November 30, 2011            By:   /s/ Martin D. Bern
                                               Martin D. Bern
23
                                         Attorneys for DEFENDANT
24                                       GUARDSMARK, LLC

25  **IT IS SO ORDERED.**

26  DATED: December 7, 2011             By: [signature]
                                             U.S. Magistrate Judge
27

28